# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00125-CV

### L. R. and T. B., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 424TH DISTRICT COURT OF LLANO COUNTY
### NO. 20180, THE HONORABLE CHERYLL MABRAY, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant L. R. filed her notice of appeal on February 27, 2018. The appellate record was complete March 19, 2018, making appellant's brief due April 9, 2018. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order counsel to file appellant's brief no later than April 26, 2018. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on April 10, 2018.

Before Justices Puryear, Pemberton, and Bourland